UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREYMAYNE BOWMAN ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.   CR05-144-JLR <br><br> BOND REVOCATION <br> AND DETENTION ORDER |

Violations alleged:

(1) Violation of bond condition requiring compliance with the Electronic Monitoring Program by failing to be at his residence as directed on June 2, 2005, as directed by Pretrial Services;

(2) Violation of bond condition requiring that he report to Pretrial Services as directed by failing to report on June 2, 2005.

Date of Detention hearing: March 8, 2006

The Court conducted both a bond revocation and detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Jill

DETENTION ORDER
PAGE -1-

Otake. The defendant was represented by Catherine Chaney.

The defendant admitted to both violations of the Pretrial Services violation report dated June 7, 2005. This violation occurred while the defendant was awaiting trial, yet absconded from pretrial supervision. His bond is hereby revoked and defendant will be detained. New charges of "failing to appear" have been amended to the underlying charge brought by the Government.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of March, 2006.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-