JUDGE ROBART

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR05-0144-JLR |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | ORDER CONTINUING<br>MOTIONS DEADLINE AND TRIAL DATE |
| TREMAYNE KEON BOWMAN, | )<br>) | |
| Defendant. | )<br>) | |

THIS MATTER having come before this Court upon stipulated motion of the parties to continue the date for the filing of pretrial motions and trial, the Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(ii) and (iv), the ends of justice served by continuing the trial date from May 9, 2006 to May 30, 2006, outweigh the best interests of the public and the defendant in a speedy trial.  This matter is complex due to the fact that Mr. Bowman's conduct in another district may be relevant to the instant case and preparing for the trial and negotiations requires communication and cooperation from the other district.  It is therefore unreasonable to expect the parties to adequately prepare for trial before May 9, 2006.  Additionally, failure to

ORDER CONTINUING
TRIAL DATE IN CR05-0144-JLR -- 1

grant a continuance to May 30, 2006 would deny Defendant continuity of counsel.

IT IS HEREBY ORDERED that trial in this matter is continued from May 9, 2006 to May 30, 2006 at 9:00 a.m.  Defendant shall file a waiver of speedy trial no later than May 30, 2006.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from May 9, 2006, up to and including May 30, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  IT IS FURTHER ORDERED that the date for filing pretrial motions is continued to May 7, 2006 and further that the deadline for the Government's response to all motions, including defendant's pending motion to suppress custodial statements, Dkt. # 57, is continued to May 4, 2006.

DONE this 10th day of April, 2006.

S/James L. Robart
_____
JAMES L. ROBART
United States District Judge

Presented by:

CATHERINE CHANEY, WSBA #21405
Attorney for Tremayne Bowman

JILL OTAKE
Assistant United States Attorney

ORDER CONTINUING
TRIAL DATE IN CR05-0144-JLR -- 2